MARCH 14, 1984

No. 83–1109. RIEGEL PRODUCTS CORP., INC., ET AL. *v.* MEYER. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 53.